AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jeremy Jay Smith | ) Case No: 4:07CR1172TLW(2) |
|  | ) USM No: 15602-171 |
| Date of Previous Judgment: June 30, 2009 | ) James P. Rogers, Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐  DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ninety-six (96) months **is reduced to** seventy (70) months.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the judgment dated   6/30/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 17, 2011                              s/ Terry L. Wooten
                                                                                              *Judge's signature*

Effective Date:  _____                  Terry L. Wooten, United States District Court Judge
           *(if different from order*                                    *Printed name and title*